[L. A. No. 6292.   In Bank.—September 25, 1919.]

## P'ASTINE MADDALENA BENVENUTO, Petitioner, v. SUPERIOR COURT OF SANTA BARBARA COUNTY et al., Respondents.

[1] PROHIBITION — CONFIRMATION OF PROBATE SALE.—Prohibition will not lie to prevent the superior court from hearing a petition for confirmation of an attempted probate sale.

PROCEEDING in prohibition to prevent the Superior Court of Santa Barbara County, and S. E. Crow, Judge thereof, from confirming a probate sale. Application denied.

The facts are stated in the opinion of the court.

A. C. Postel for Petitioner.

THE COURT.—The application for a writ of prohibition is denied.

[1] We deem it proper to say that this denial is without reference to the merits of the legal question attempted to be presented by the application. Regardless of all other questions, we cannot assume to anticipate the action of the trial court on the application for confirmation of the attempted sale referred to in the petition.

It may further be suggested that we are not satisfied that in the event of unfavorable action on the part of the lower court the petitioner's remedy by appeal would not be a plain, speedy, and adequate remedy.

All the Justices concurred.